## Hipple *against* Hoffman.

If a sheriff be made a party to an issue to try the right to money made by him on an execution, and the issue be found against that party, he is liable to pay the costs, if there be no special provision on the subject in the order of the court directing the issue.

ERROR to *Perry* county.

John Hipple, Esq. sheriff, the plaintiff in error, sold the real estate of George Wyand. Hoffman, the defendant in error, claimed the balance of the proceeds of the sale after the payment of a mortgage. His claim depended upon the establishment of facts which did not appear upon record. On the hearing of the appropriation, the court made this order. "Hoffman *v.* Hipple sheriff of Perry county. Appropriation of money. Issue directed by the court to ascertain whether the plaintiff is entitled to receive the balance of purchase money of a tract of land sold by the defendant as sheriff of Perry county, after satisfying the mortgage on which the same was sold. An issue to be joined on *narr.*, for money had and received, on plea of payment, and the whole merits to be tried thereon."

The jury found a verdict for 109 dollars, with 6 cents damages and 6 cents costs. Upon which, the court rendered a judgment against the sheriff for the sum found by the jury, and costs.

*Watts*, for plaintiff in error, contended, that the court erred in rendering a judgment against the sheriff for the debt and costs, when the issue was to ascertain a fact in which he had no interest.

*Creigh*, for defendant in error.

The judgment was affirmed.